**Burr S. CAMERON, Appellant,**

v.

**UNITED STATES of America,**
**Appellee.**

**No. 19822.**

United States Court of Appeals
Fifth Circuit.

Jan. 3, 1963.

Rehearing Denied Feb. 27, 1963.

John E. V. Jasper, Dallas, Tex., for appellant.

Barefoot Sanders, U. S. Atty., B. H. Timmins, Jr., Asst. U. S. Atty., Dallas, Tex., for appellee.

Before TUTTLE, Chief Judge, and WISDOM and GEWIN, Circuit Judges.

PER CURIAM.

This petition for writ of error coram nobis filed by appellant to set aside a conviction in 1936 was denied by the trial court. We conclude that in doing so the trial court committed no error, Proffer v. United States, 5th Cir., 288 F.2d 182.

The judgment is

Affirmed.

**Eugene F. EMMONS and Mary J.**
**Emmons, Petitioners,**

v.

**COMMISSIONER OF INTERNAL REV-**
**ENUE SERVICE, Respondent.**
**Service**

**No. 14814.**

United States Court of Appeals
Sixth Circuit.

Dec. 5, 1962.

Henry C. Harvey, Cleveland, Ohio (David F. Snow, Cleveland, Ohio, on the brief, Jones, Day, Cockley & Reavis, Cleveland, Ohio of counsel), for petitioners.

Michael K. Cavanaugh, Dept. of Justice Washington, D. C. (Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson-Daniel K. Mayers-Michael K. Cavanaugh, Attys. Dept. of Justice, Washington, D. C., on the brief), for respondent.

Before McALLISTER, Circuit Judge, and BOYD and FREEMAN, District Judges.

ORDER.

The above cause coming on to be heard on appeal from the Tax Court of the United States, and the court being duly advised,

Now, therefore, it is ordered, adjudged and decreed that the decision appealed from be and is hereby affirmed on the opinion of the Tax Court, 36 T.C. 728.